IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ARCHIE L. FRENCH, SR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil No. 3:12-0508 |
| | ) | Judge Trauger |
| DET. PAUL HARRIS, | ) | Magistrate Judge Knowles |
| Defendant. | ) | |

## O R D E R

On May 30, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 7), to which no timely objections have been filed. The plaintiff has filed a letter with the court (Docket No. 10), but this is not an objection to the Report and Recommendation. In fact, the letter states, in part: "And though I am in disagreement, I must accept since you are the Ruler of Justice."

The Report and Recommendation is **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED**, as the court lacks subject matter jurisdiction.

It is so **ORDERED.**

Enter this 19th day of June 2012.

_____
ALETA A. TRAUGER
U.S. District Judge